Michele R. Stafford, Esq. (SBN 172509)
Adrian L. Canzoneri, Esq. (SBN 265168)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
Email: mstafford@sjlawcorp.com
Email: acanzoneri@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANTIOCH PAVING COMPANY, INC., a California Corporation, <br><br> Defendant. | Case No. C15-04347 EDL <br> ORDER ON <br> **NOTICE OF SETTLEMENT** <br> AS MODIFIED |

    PLEASE TAKE NOTICE that Plaintiffs OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al., and Defendant ANTIOCH PAVING COMPANY, INC. ("Defendant"), have reached a settlement in this matter. Pursuant to the terms of the settlement, Defendant has made an initial payment towards the amounts owed to Plaintiffs, and will be making an additional twelve (12) monthly payments up to and through October 2016. Upon receipt and bank clearance of Defendant's twelfth and final payment, Plaintiffs will voluntarily dismiss this matter with prejudice.

    Accordingly, it is respectfully requested that the Court vacate the calendar in this matter, but retain jurisdiction through November 2016.

///

1

Respectfully submitted.

DATED: October 21, 2015     SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Adrian L. Canzoneri
Attorneys for Plaintiffs, Operating Engineers' Health And Welfare Trust Fund For Northern California, et al.

**IT IS SO ORDERED.**

Based on the foregoing and GOOD CAUSE APPEARING, the calendar on this matter is vacated.  The Court shall retain jurisdiction over this matter through October 2016.  Plaintiff shall voluntarily dismiss this matter by 10/31/16 or file a statement as to why no dismissal has been filed.

Date: October 22, 2015                 _____
HONORABLE MAGISTRATE JUDGE
ELIZABETH D. LAPORTE